UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ROBERTA CLARK )<br>        *Plaintiff* )<br>)<br>v. )<br>)<br>)<br>FAMILY DOLLAR, INC. )<br>        *Defendant* )<br>) | February 18, 2021 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant Family Dollar, Inc. ("Defendant") hereby gives notice of the removal of this action, which is currently pending in the Somerset County Superior Court, captioned *Roberta Clark v. Family Dollar, Inc.*, to the United States District Court for the District of Maine. As grounds for removal, Defendant states as follows:

1. Defendant removes this case on the basis of diversity jurisdiction, on the grounds that there is complete diversity of citizenship among the parties to this litigation and the amount in controversy exceeds $75,000 exclusive of interest and costs. *See* 28 U.S.C. § 1332(a)(1) ("The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States.").

## BACKGROUND

2. Plaintiff Roberta Clark ("Plaintiff") filed her complaint against Defendant ("Complaint") on or about January 14, 2021. A copy of the Summons and Complaint in the State court action is attached hereto as **Exhibit A**.

3. In her Complaint, Plaintiff alleges that on March 30, 2020, she was an invitee at Defendant's store in Pittsfield, Maine. *See* Complaint, ¶ 3. Plaintiff further alleges that she sustained injuries while shopping at Defendant's store. *Id*. ¶ 4. Plaintiff asserts negligence against Defendant. *Id*. ¶¶ 6-9.

## **TIMELINESS OF REMOVAL**

4. Defendant was served with Plaintiff's Complaint on or about February 9, 2021. *See* **Exhibit A**.

5. This Notice of Removal is timely because it is filed within 30 days from the date that the last defendant received service of the Complaint. *See* 28 U.S.C. §§ 1441(e), 1446(b); *see also Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.,* 526 U.S. 344, 348 (removal period triggered by service).

## **DIVERSITY OF CITIZENSHIP**

6. Complete diversity of citizenship exists in this matter because Defendant is a citizen of a different State from Plaintiff. *See* 28 U.S.C. § 1332(a).

7. Plaintiff is a resident and citizen of Maine. *See* Complaint, ¶ 1.

8. Defendant is a foreign corporation. *See* Complaint, ¶ 2. At the time of the filing of the Complaint, Defendant was, and currently is, a North Carolina corporation with a principal place of business in North Carolina. As such, Defendant is not a citizen of Maine.

9. There is complete diversity between Plaintiff and Defendant in this action. *See* 28 U.S.C. § 1332(a)(1).

**AMOUNT IN CONTROVERSY**

10. Based on Plaintiff's allegations, the amount in controversy in this case exceeds the jurisdictional minimum of $75,000 required for diversity jurisdiction pursuant to 28 U.S.C. § 1332.

11. Plaintiff alleges severe personal injury as a result of the incident. *See* Complaint, ¶ 4.

12. Plaintiff has presented medical bills to Defendant exceeding the $75,000 amount necessary to establish diversity jurisdiction. *See* Affidavit of Lesley P. Chuang, attached hereto as **Exhibit B**.

**ALL PROCEDURAL PREREQUISITES TO REMOVAL HAVE BEEN MET**

13. Pursuant to 28 U.S.C. §§ 1441(a) and 1446(a), Defendant is filing this Notice of Removal in the federal district court for the district within which the State court complaint was filed.

14. Pursuant to 28 U.S.C. § 1446(a), Defendant attaches all process, pleadings, and orders that have been filed, served or received by Defendant in this action as **Exhibit A**.

15. Pursuant to 28 U.S.C. § 1391, venue is proper in the United States District Court for the District of Maine, as the Complaint in this action was filed in the Somerset County Superior Court.

16. Defendant has given written notice of the filing of this Notice of Removal to Plaintiff and will file a copy of this Notice of Removal with the Clerk of the Somerset County Superior Court, as required by 28 U.S.C. § 1446(d).

17. In removing this action, Defendant does not intend to waive any rights or defenses to which it is otherwise entitled under the Federal Rules of Civil Procedure.

18. Based upon the record submitted with this notice, this Court has jurisdiction over

   Plaintiff's claims and the Complaint is properly removed to this Court.

WHEREFORE, Defendant Family Dollar, Inc. respectfully requests that this action proceed in the United States District Court for the District of Maine, as an action properly removed from state court.

Respectfully submitted by,
Defendant
FAMILY DOLLAR, INC.
By its attorney,

/s/ Lesley P. Chuang

_____
Lesley P. Chuang, Bar No. 6457
COUGHLIN BETKE LLP
175 Federal Street
Boston, MA 02110
(617) 988-8050
lchuang@coughlinbetke.com

## **CERTIFICATE OF SERVICE**

    I, Lesley P. Chuang, hereby certify that on this 18th day of February 2021, I served a copy of the within document upon all parties of record via electronic mail.

Harry B. Center, II, Esq.
Woodman Edmands Danylik Austin Smith & Jacques, P.A.
234 Main Street
P.O. Box 468
Biddeford, ME 04005

                                    /s/ Lesley P. Chuang
                                    _____
                                    Lesley P. Chuang, Esq.